PROB 12C
(6/16)

Report Date: May 23, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kyle Scott Splattstoesser          Case Number: 0980 2:12CR00137-RHW-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 29, 2013

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252A(A)(5)(B)

Original Sentence:       Prison - 120 Months;              Type of Supervision: Supervised Release
                         TSR - Life

Asst. U.S. Attorney:     Stephanie Joyce Lister            Date Supervision Commenced: July 16, 2021

Defense Attorney:        Amy H. Rubin                     Date Supervision Expires: Life

### PETITIONING THE COURT

To issue a **SUMMONS**.

On July 16, 2021, Mr. Kyle Scott Splattstoesser signed his conditions of supervision relative to case number 2:12CR00137-RHW-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #21**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.<br><br>**Supporting Evidence**: Mr. Splattstoesser is alleged to have violated special condition number 21 by having unauthorized minor contact on at least two occasions, occurring on or about May 15 and 16, 2022, based on the client's own admission.<br><br>Specifically, on Wednesday, May 18, 2022, the undersigned officer received a text message from the client indicating that he had met a woman whom he really liked, but who he later learned had three children, a fact that he indicated he was unaware of when they had originally met. Mr. Splattstoesser subsequently admitted having contact with her minor-aged children without the prior approval of the undersigned officer on or about both May 15 and 16, 2022. |

Prob12C
Re: Splattstoesser, Kyle Scott
May 23, 2022
Page 2

It should be noted that this topic was further discussed with the client on both May 18, 2022, and then again on May 23, 2022. Mr. Splattstoesser ultimately admitted to meeting a third party online who he began to develop a relationship with. Mr. Splattstoesser indicated she did not immediately volunteer that she had children, but did so later during a follow-up date. Mr. Splattstoesser indicated that during subsequent conversations with the party, he fully disclosed his current case circumstances and criminal history to the party.

On or about May 15, 2022, Mr. Splattstoesser indicated he traveled to the parties' residence for dinner with the understanding that her daughter was not home, although he indicated that upon his arrival, her daughter was in fact present. Mr. Splattstoesser indicated that he subsequently stayed for dinner with the minor present. On May 16, 2022, Mr. Splattstoesser indicated that he again traveled to the third parties' residence for dinner and all three of her children were present this time. Mr. Splattstoesser again indicated he stayed for dinner. Mr. Splattstoesser indicated on or about Tuesday, May 17, 2022, he met the third party for lunch at her place of employment, at which time he provided the party with a copy of his conditions, which they read together. Mr. Splattstoesser indicated that upon their review of the document, he read and also remembered that he had a condition restricting minor contact without the prior approval of the undersigned officer. Mr. Splattstoesser indicated that he then immediately reached out to the undersigned officer the following day to discuss the identified concern.

Mr. Splattstoesser indicated that at no time was he left alone with the minor-aged children and he engaged in no other conduct contrary to his conditions of supervised release. Mr. Splattstoesser also admitted to staying the night at the residence on one occasion, but denied that her children were at that time present at the residence.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 23, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Splattstoesser, Kyle Scott
May 23, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

5/24/2022
Date